OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed and the matter remitted to Supreme Court for determination of whether the petitioner was within the convenience and practical control of the New York parole authorities while in Federal custody (see
 
 People ex rel. Vasquez v New York State Bd. of Parole,
 
 58 NY2d 981 [decided herewith];
 
 People ex rel. Gonzales v Dalsheim,
 
 52 NY2d 9). Although parole revocation proceedings had been commenced prior to the
 
 Gonzales
 
 decision, no final judgment had been issued against petitioner before
 
 Gonzales
 
 was handed down;
 
 Gonzales
 
 thus controls.
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg, Meyer and Simons concur.
 

 
 *981
 
 Order reversed, without costs, and matter remitted to Supreme Court, Queens County, for further proceedings in accordance with the memorandum herein.